UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CR-20602-KMW

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FREDDY LEONARDO ANCHUNDIA ANCHUNDIA,
    Defendant.
_____/

## OBJECTIONS TO PRESENTENCE REPORT

Defendant FREDDY LEONARDO ANCHUNDIA ANCHUNDIA, by and through undersigned counsel, files these objections and states:

1. Defendant objects to the portions of paragraphs 9, 15, 16, and 21 which state that the amount of cocaine on the boat was 1,035 kilograms. Defendant objects to the corresponding calculation of the sentencing guidelines range which is based on that sum. Although Defendant does not know the exact amount, to the best of Defendant's knowledge, the amount on board was less than 450 kilograms, and the guidelines should be calculated accordingly.

2. Defendant also notes that the 46 U.S.C. § 70506 offense should be eligible for safety-valve relief from the 10-year mandatory-minimum term. *See United States v. Mosquera-Murillo,* 902 F.3d 285 (D.C. Cir. 2018) (MDLEA offenses penalized under § 960(b) qualify as "offenses under" § 960 for purposes of the safety-valve provision); *contra United States v. Pertuz-Pertuz,* 679 F.3d 1327, 1329 (11th Cir. 2012). Further, the exclusion of Title 46 offenses from safety valve relief violates the due process clause of the Fifth Amendment to the U.S. Constitution, as well as the guarantee of equal protection, as there is no rational basis to preclude safety valve relief for offenders who commit Title 46 drug offenses but permit safety valve relief for other

drug offenders (such as those charged under Title 21) who are otherwise similarly situated. The prohibition on safety valve relief for Title 46 offenses is arbitrary and irrational, and thus unconstitutional.

Submitted on Dec. 31, 2018, by

s/ Terence M. Lenamon
Terence M. Lenamon
Lenamon Law, PLLC
Florida Bar No. 970476
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com

CERTIFICATE OF SERVICE

I certify that on Dec. 31, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Terence M. Lenamon
Terence M. Lenamon