**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 18-CR-20602-CR-WILLIAMS**

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**vs.**

**JUAN MANUEL ACOSTA LOPEZ,**

*Defendant.*

_____

## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT AND REQUEST FOR DOWNWARD DEPARTURE

The Defendant, JUAN MANUEL ACOSTA LOPEZ (hereinafter "LOPEZ") by and through his undersigned counsel, pursuant to Rule 32, Federal Rules of Criminal Procedure, the Fifth Amendment to the United States Constitution and 18 U.S.C. §3553(a), respectfully files his objections to the Presentence Investigation Report (hereinafter "PSR"), and Request for Downward Departure and/or Variance. In support thereof, Defendant states as follows:

**I. INTRODUCTION**

Undersigned counsel and LOPEZ had an adequate opportunity to confer and thoroughly review the PSI in accordance with <u>United States vs. Aleman</u>, 832 F. 2d 142, 144 note 6 (11th Cir. 1987). Pursuant to Rule 32(c)(3)(D), Fed. R. Crim. P., the court is required, as to each factual matter controverted by the defendant, either to make a finding as to such allegation or a determination that no such finding is necessary because the controverted matter will not be considered at sentencing. <u>Id.</u>

**II. ENHANCEMENT AS CAPTAIN**

In paragraph 23, we object to the Probation Officer's assessment that Lopez was the Captain and the two-level increase in the advisory guidelines.. We join in the objection of the United States and adopt the facts and arguments of law contained in support of their objection.

**III. DEPARTURE**

The Court has already sentenced at least two of the co-defendants in this case to 87 months' imprisonment and one defendant to 81 months in prison. Lopez is similarly situated and therefore we request that the Court sentence him to no more than 87 months imprisonment.

Respectfully Submitted,

**DAVID K. TUCKER, P.A.**
2333 Brickell Avenue
Suite A-1
Miami, FL 33129
(305) 798-5922- Cell


**By:/*David K. Tucker***
**DAVID K. TUCKER**
**FLA BAR NO: 406023**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed with the Clerk of Court via CM/ECF. I also certify that the attached motion was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/ECF on March 27, 2019.

**By:*/S David K. Tucker***
**DAVID K. TUCKER**